ACCEPTED
03-14-00738-CV
4280904
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/25/2015 2:18:35 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00738-CV

| | | |
|---|---|---|
| Elness Swenson Graham Architects, Inc., | § § § | From the 200th District Court |
| | | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS<br>2/25/2015 2:18:35 PM<br>JEFFREY D. KYLE<br>Clerk |

Elness Swenson Graham Architects, Inc.,  §  From the 200th District Court

    *Appellants & Cross-Appellees*,  §

v.  §

RLJ II-C Austin Air, LP, RLJ II-C Austin Air Lessee, LP and RJL Lodging Fund II Acquisitions,  §

    *Appellees & Cross-Appellants.*  §  Of Travis County, Texas

_____

**Cross-Appellants' Unopposed Motion for Extension of Time
to File Cross-Appellants' Brief**

_____

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

    RLJ II-C Austin Air, LP, RLJ II-C Austin Air Lessee, LP and RJL Lodging Fund II Acquisitions, ("RLJ" collectively) are appellees and cross-appellants in the above-referenced cause. RLJ respectfully moves pursuant to Texas Rule of Appellate Procedure 10.5 (b) to extend by thirty days the time in which to file its brief. In support thereof, RLJ would respectfully show the court as follows:

## I.    Current Deadline

    RLJ's cross-appellants' brief is currently due to be filed with this Court on or before Wednesday, March 11, 2015. RLJ seeks an extension of thirty days, up to

**Unopposed Motion for Extension of Time to File Cross- Appellants' Brief**       **Page 1**

and including Friday, April 10, 2015, of the time to file the cross-appellant's brief in this cause.

## II.    Explanation of Need for Extension

RLJ's request for this extension is based on the following facts. These facts are within the personal knowledge of the undersigned counsel.

The current briefing preparation period includes and the deadline falls within a family spring break trip scheduled long before the briefing deadline was set. Lead Counsel for RLJ, Michael W. Huddleston ("Huddleston") is scheduled to be on a family vacation over the break from March 5, 2015, until March 15, 2015. Given pre-existing deadlines on other matters during the time period leading up to this trip, Huddleston cannot complete the brief before the trip, and, therefore, RLJ requests that an extension be granted.

Huddleston is serving as an expert witness in a case styled *Rimkus Consulting Group, Inc. et al. v. Prosight Specialty Management Company f/k/a Mutual Marine Office, Inc. et al*., cause number 2011-48945, in the 80th District Court of Harris County, Texas.  Huddleston has been reviewing and analyzing materials and preparing for testimony in this complex insurance coverage case since the week of the 9th of February.  Huddleston was also preparing for his deposition in this matter, which was taken on February 16, 2015.  The case was set for trial on February 23, 2015.  The trial was moved by the court to March 2, 2015.

Huddleston has also been involved during the first two weeks of February in the review and preparation of an expert report in *American Modern Lloyds Insurance Company v. Big Sky Business Solutions LLC d/b/a/ Quest RV Rental, et al.*, cause number DC14-02682, in the 44th District Court of Dallas County, Texas, which was filed on February 16, 2015.

During this same time period, Huddleston has also had to direct attention to extensive research an analysis of coverage issues and preparation of demands on the excess carrier in connection with *Kenneth Shaw, et al.* v. *CG 2006-GG6 Boardwalk Inc., et al.*, case number 2014-30072 CICI, in The Circuit Court, Seventh Judicial Circuit in Volsia County, Florida in anticipation of a previously scheduled mediation on March 26, 2015.

Huddleston is also completing investigation, research and preparation of suit papers in a first-party commercial insurance coverage matter for *Cedar Creek Corp. v. Pennsylvania Lumbermens Mutual Insurance Company*.

Finally, Huddleston has had to devote significant time during the brief preparation period to multiple issues of law enforcement, attorney-client and work product privileges in connection with *Ricardo Villareal v. State Farm Lloyds*, cause number 342-266154-13, in the 342nd District Court of Tarrant County, Texas. Huddleston is representing a non-party attorney and firm (counsel for the defendant) in that matter. Counsel continues to have to deal with unusual

discovery requests and related issues in connection with a motion for sanctions against the firm and its client in that matter.

The record in this case consists of more than 4,934 pages of clerk's record and more than 4,844 pages of reporter's record, inclusive of approximately 3,166 pages of exhibits. It is now apparent that despite the undersigned's best efforts it will not be possible to complete an appropriate presentation of the appellant's arguments and authorities in time for timely filing with this court by Wednesday, March 11, 2015. Further, in light of the undersigned's present workload, the undersigned believes that if an extension of thirty days to file RLJ's brief of cross-appellant were granted, he would be able to complete and file the appellant's brief in this matter on or before Friday, April 10, 2015.

## III. No Previous Extensions Requested

RLJ has neither requested nor received any prior extensions of time to file the appellant's brief in this cause.

## IV. Relief Requested

Wherefore, for the foregoing reasons, RLJ respectfully requests that the court grant this motion and extend the time to file cross-appellants' brief from Wednesday, March 11, 2015, by thirty days up to and including Friday, April 10, 2015, and for all other legal or equitable relief to which RLJ may be justly entitled under this motion.

Respectfully submitted,

Munsch Hardt Kopf & Harr, PC

/s/ *Michael W. Huddleston*
Michael W. Huddleston
State Bar No. 10148415
3800 Ross Tower
500 North Akard Street
Dallas, TX 75201
(214) 855-7500 Main Tel.
(214) 855-7579 Direct Tel.
(214) 855-7584 Main Fax
mhuddleston@munsch.com

Attorneys for Appellees and
Cross-Appellants

## Certificate of Conference

On February 24, 2015, the undersigned spoke by telephone with Gregory Ziegler, counsel for appellant and cross-appellee, who advised that appellant and cross-appellee is not opposed to this motion.

/s/ *Michael W. Huddleston*
Michael W. Huddleston

## Certificate of Service

I certify that I served a true and correct copy of the foregoing document upon counsel listed below on this 25th day of February, 2015 by e-file:

Weston M. Davis
Gregory N. Ziegler
Matthew Mumm
Macdonald Devin, P.C.
1201 Elm Street
3800 Renaissance Tower
Dallas, TX 75270

/s/ *Michael W. Huddleston*
Michael W. Huddleston